# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00150-GCM

| | |
|---|---|
| ANDRE ANTONIO DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY PRESTON BEZOS, <br> AMAZON.COM INC., <br><br> Defendants. | **ORDER** |

This matter is before the Court *sua sponte*. The *pro se* Plaintiff filed this Complaint on April 6, 2021. This Complaint previously escaped frivolity review due to it having been filed while the Court was preparing to transition and move its offices into the new wing of the Charles R. Jonas Federal Building. The undersigned has now reviewed the Complaint, and it appears that the Complaint is frivolous on its face and fails to state a claim upon which relief can be granted. Accordingly,

**IT IS THEREFORE ORDERED** that the Complaint is hereby dismissed with prejudice.

Signed: June 23, 2021

Graham C. Mullen
United States District Judge